### 2001–0747. Cleveland Bar Assn. v. DeMore–Ford.

IT IS ORDERED by this court, sua sponte, that Evette DeMore–Ford, Attorney Registration No. 0041338, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of October 3, 2001, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before November 2, 2001.

### 2001–0777. In re Resignation of Henry.

IT IS ORDERED by this court, sua sponte, that Albert James Henry IV, Attorney Registration No. 0034290, last known business address in Milford, Ohio, be found in contempt for failure to comply with this court's order of September 14, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before October 15, 2001.

### 2001–1202. Cleveland Bar Assn. v. Aldrich.

IT IS ORDERED by this court, sua sponte, that Thomas P. Aldrich III, Attorney Registration No. 0042451, last known business address in Lyndhurst, Ohio, be found in contempt for failure to comply with this court's order of November 21, 2001, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before December 21, 2001.

### 2001–1223. Toledo Bar Assn. v. Godbey.

IT IS ORDERED by this court, sua sponte, that James D. Godbey, Attorney Registration No. 0014101, last known business address in Toledo, Ohio, be found in contempt for failure to comply with this court's order of March 6, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before April 5, 2002.

### 2001–1319. Disciplinary Counsel v. Hogan.

IT IS ORDERED by this court, sua sponte, that Jerry E. Hogan, Attorney Registration No. 0048125, last known address in Dayton, Ohio, be found in contempt for failure to comply with this court's order of October 4, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before November 5, 2001.

### 2001–1562. Disciplinary Counsel v. Bozanich.

IT IS ORDERED by this court, sua sponte, that Peter Bozanich, Attorney Registration No. 0037881, last known business address in Youngstown, Ohio, be found in contempt for failure to comply with this court's order of April 24, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 24, 2002.

### 2001–1580. Stark Cty. Bar Assn. v. Conrad.

IT IS ORDERED by this court, sua sponte, that Roxann Conrad, Attorney Registration No. 0040529, last known business address in East Sparta, Ohio, be found in contempt for failure to comply with this court's order of January 30, 2002, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before March 1, 2002.

### 2001–1582. Cuyahoga Cty. Bar Assn. v. Cicirella.

IT IS ORDERED by this court, sua sponte, that Leonette F. Cicirella, Attorney Registration No. 0042219, last known business address in Bedford, Ohio, be found in contempt for failure to comply with this court's order of January 30, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 1, 2002.

### 2001–1630. In re Al'Uqdah.

IT IS ORDERED by this court, sua sponte, that William M. Al'Uqdah, Attorney Registration No. 0039809, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of October 4, 2001, to wit, failure to file an affidavit of compliance on or before November 5, 2001.